IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CONSTELLATION DESIGNS, LLC, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No.: 2:21-cv-00448-JRG |
| LG ELECTRONICS, INC, LG ELECTRONICS USA, INC., AND LG ELECTRONICS ALABAMA, INC. | § § § § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff Constellation Designs, LLC ("Constellation Designs" or "Plaintiff") hereby moves the Court for a 95-day extension of the deadline for LG Electronics Inc. ("LGE"), LG Electronics USA, Inc. ("LGUSA"), and LG Electronics Alabama, Inc. ("LG Alabama") (collectively, "Defendants") to move, answer, or otherwise respond to Plaintiff's Complaint. Plaintiff filed the Complaint on December 9, 2021 and served LGUSA and LG Alabama on December 10, 2021. LGE has not yet been served through the Hague Convention. The Parties have stipulated and agreed, subject to the Court's approval, to extend the deadline for Defendants to respond to the Complaint by 95 days, up to and including March 15, 2022. In exchange, LGE has agreed to waive service of process pursuant to the Hague Convention. This agreement between the Parties regarding waiver of formal service does not constitute a waiver of any other rights or defenses described or referred to in Federal Rule of Civil Procedure 12.

Accordingly, Constellation Designs respectfully requests that the time in which Defendants are required to move, answer, or otherwise respond to Plaintiff's Complaint be extended 95 days, up to and including March 15, 2022.

DATED: January 4, 2022

Respectfully submitted,

/s/ Melissa R. Smith (with permission)
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

**ATTORNEY FOR DEFENDANTS
LG ELECTRONICS, INC., LG
ELECTRONICS USA, INC., AND LG
ELECTRONICS ALABAMA, INC.**

/s/ Jason D. Cassady
Bradley W. Caldwell
Texas State Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas State Bar No. 24045625
Email: jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
Email: acurry@caldwellcc.com
Adrienne R. Dellinger
Texas State Bar No. 24116275
Email: adellinger@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

Andrea L. Fair
Texas State Bar No. 24078488
**WARD, SMITH, & HILL PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400
(903) 757-2323 (fax)
andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
CONSTELLATION DESIGNS, LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel registered as Filing Users on this 4th day of January 2022.

*/s/ Jason D. Cassady*
Jason D. Cassady

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff met and conferred with counsel for Defendants pursuant to Local Rule CV-7(h). Counsel for Defendants indicated that it is unopposed to this motion.

*/s/ Jason D. Cassady*
Jason D. Cassady