IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **CONSTELLATION DESIGNS, LLC** § § | |
| v. § § § | CIVIL ACTION NO. 2:21-CV-00448-JRG |
| **LG ELECTRONICS INC.,** § **LG ELECTRONICS USA, INC.,** § **LG ELECTRONICS ALABAMA, INC.** § § | |

MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
July 5, 2023

**OPEN:** 09:20 AM                                                                **ADJOURN:**   06:34 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Harris Huguenard<br>Ryan Davies<br>Jeffrey Jacobsen |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 09:20 AM | Court opened. |
| 09:20 AM | Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 09:31 AM | Court asked for announcements from the parties. |
| 09:33 AM | Court continued by providing case information and gave preliminary instructions to Jury Pool. |
| 09:42 AM | Prospective Jurors began introduction of themselves. |
| 10:08 AM | Court provided additional instructions to Jury Pool. |
| 10:11 AM | *Voir dire* on behalf of Plaintiff by Mr. Caldwell. |
| 10:42 AM | *Voir dire* on behalf of Defendants by Ms. Smith. |
| 11:12 AM | Bench conference with counsel. |
| 11:15 AM | Bench conference concluded. |
| 11:15 AM | Court instructions provided to Jury Pool. Court requested specific juror(s) to remain in courtroom while remainder of Jury Pool recessed. |
| 11:18 AM | Remainder of Jury Pool recessed. |
| 11:19 AM | Counsel approached bench. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:20 AM | Strike conference began with specifically named juror(s). |
| 11:47 AM | Strike conference concluded.  Attorneys excused to exercise strikes. |
| 11:47 AM | Recess. |
| 12:11 PM | Court reconvened. |
| 12:14 PM | Instructions given by the Court.  Jurors selected. |
| 12:16 PM | Additional instructions given by the Court.  Remainder of Jury Pool excused. |
| 12:17 PM | Jurors sworn.  Additional instructions given by the Court. |
| 12:37 PM | Jury recessed for lunch. |
| 12:38 PM | During the lunch break, Court to take up in chambers an objection raised by the parties. |
| 12:38 PM | Recess. |
| 01:37 PM | Court reconvened. |
| 01:37 PM | Court addressed the demonstratives present in the courtroom. |
| 01:38 PM | Jury returned to courtroom. |
| 01:39 PM | Court gave preliminary instructions to Jury. |
| 02:12 PM | Notebooks provided to Jury. |
| 02:13 PM | Continuation of Court's preliminary instructions to Jury. |
| 02:19 PM | Plaintiff's opening statement by Mr. Cassady. |
| 02:50 PM | Defendants' opening statement by Mr. Cordell. |
| 03:20 PM | Opening statements concluded. |
| 03:20 PM | Rule invoked to exclude expert witnesses. |
| 03:20 PM | Plaintiff's case-in-chief: |
| 03:21 PM | Witness sworn. |
| 03:23 PM | Direct examination of Dr. Christopher Jones by Mr. Caldwell. |
| 04:00 PM | Jury recessed for break. |
| 04:00 PM | Recess. |
| 04:19 PM | Court reconvened. |
| 04:19 PM | Jury returned to courtroom. |
| 04:20 PM | Continuation direct examination of Dr. Christopher Jones by Mr. Caldwell. |
| 05:20 PM | Cross examination of Dr. Christopher Jones by Mr. McKeon. |
| 05:35 PM | Bench conference. |
| 05:39 PM | Bench conference concluded. |
| 05:39 PM | Continuation cross examination of Dr. Christopher Jones by Mr. McKeon. |
| 06:09 PM | Bench conference. |
| 06:10 PM | Bench conference concluded. |
| 06:10 PM | Continuation cross examination of Dr. Christopher Jones by Mr. McKeon. |
| 06:15 PM | Redirect examination of Dr. Christopher Jones by Mr. Caldwell. |
| 06:30 PM | Recross examination of Dr. Christopher Jones by Mr. McKeon. |
| 06:31 PM | Completion of testimony of Dr. Christopher Jones. |
| 06:32 PM | Jury recessed for the day until 8:30 AM tomorrow morning. |
| 06:33 PM | Court provided instructions to counsel. |
| 06:34 PM | Court adjourned. |