# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **CONSTELLATION DESIGNS, LLC** § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO.  2:21-CV-00448-JRG |
| **LG ELECTRONICS INC.,** § | |
| **LG ELECTRONICS USA, INC.,** § | |
| **LG ELECTRONICS ALABAMA, INC.** § | |

**MINUTES FOR JURY TRIAL DAY NO. 2**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
July 6, 2023

**OPEN:  08:26 AM**                                                                                **ADJOURN:     06:03 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Harris Huguenard<br>Ryan Davies<br>Jeffrey Jacobsen |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:26 AM | Court opened. |
| 08:26 AM | Exhibits used prior day read into the record. |
| 08:27 AM | Court addressed demonstratives proposed for use by the Plaintiff. |
| 08:32 AM | Off the record. |
| 08:32 AM | On the record. |
| 08:33 AM | Jury entered the courtroom. |
| 08:33 AM | Continuation of Plaintiff's case-in-chief: |
| 08:33 AM | Witness sworn. |
| 08:35 AM | Direct examination of Mr. William Marino by Mr. Cassady. |
| 08:50 AM | Bench conference. |
| 08:51 AM | Bench conference concluded. |
| 08:51 AM | Continuation direct examination of Mr. William Marino by Mr. Cassady. |
| 08:59 AM | Cross examination of Mr. William Marino by Mr. Cordell. |
| 09:05 AM | Bench conference. |
| 09:08 AM | Bench conference concluded. |

| TIME | MINUTE ENTRY |
|---|---|
| 09:08 AM | Continuation cross examination of Mr. William Marino by Mr. Cordell. |
| 09:09 AM | Bench conference. |
| 09:09 AM | Bench conference concluded. |
| 09:09 AM | Continuation cross examination of Mr. William Marino by Mr. Cordell. |
| 09:37 AM | Redirect examination of Mr. William Marino by Mr. Cassady. |
| 09:40 AM | Bench conference. |
| 09:41 AM | Bench conference concluded. |
| 09:41 AM | Continuation redirect examination of Mr. William Marino by Mr. Cassady. |
| 09:46 AM | Recross examination of Mr. William Marino by Mr. Cordell. |
| 09:48 AM | Completion of testimony of Mr. William Marino. |
| 09:49 AM | Jury recessed for break. |
| 09:49 AM | Recess. |
| 10:03 AM | Court reconvened. |
| 10:04 AM | Jury returned to courtroom. |
| 10:04 AM | Witness sworn. |
| 10:05 AM | Direct examination of Dr. Mark Jones by Mr. Reich. |
| 11:13 AM | **Courtroom sealed.** |
| 11:15 AM | Continuation direct examination of Dr. Mark Jones by Mr. Reich. |
| 11:30 AM | Bench conference. |
| 11:32 AM | Bench conference concluded. |
| 11:32 AM | Continuation direct examination of Dr. Mark Jones by Mr. Reich. |
| 11:34 AM | Court to take up a matter outside the presence of the Jury. Jury retired to jury room. |
| 11:35 AM | Court heard argument re: objection raised by Mr. Cordell on behalf of Defendants. |
| 11:41 AM | Court made rulings as set forth in the record. |
| 11:42 AM | Jury returned to courtroom. |
| 11:43 AM | Continuation direct examination of Dr. Mark Jones by Mr. Reich. |
| 11:45 AM | **Courtroom unsealed.** |
| 11:46 AM | Continuation direct examination of Dr. Mark Jones by Mr. Reich. |
| 12:07 PM | Jury recessed for lunch break. |
| 12:07 PM | Recess. |
| 01:49 PM | Court reconvened. |
| 01:50 PM | Jury returned to courtroom. |
| 01:51 PM | Continuation direct examination of Dr. Mark Jones by Mr. Reich. |
| 02:54 PM | Cross examination of Dr. Mark Jones by Mr. Cordell. |
| 03:08 PM | Bench conference. |
| 03:12 PM | Bench conference concluded. |
| 03:12 PM | Continuation cross examination of Dr. Mark Jones by Mr. Cordell. |
| 04:03 PM | Bench conference. |
| 04:03 PM | Bench conference concluded. |
| 04:03 PM | Jury recessed for break. |
| 04:04 PM | Court directed the parties to jointly submit a renewed proposed final jury instructions and verdict form no later than noon on Sunday in Word format and emailed to Court staff. |
| 04:05 PM | Recess. |
| 04:20 PM | Court reconvened. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:20 PM | Jury returned to courtroom. |
| 04:21 PM | Continuation cross examination of Dr. Mark Jones by Mr. Cordell. |
| 04:53 PM | Redirect examination of Dr. Mark Jones by Mr. Reich. |
| 05:12 PM | Bench conference. |
| 05:13 PM | Bench conference concluded. |
| 05:13 PM | Recross examination of Dr. Mark Jones by Mr. Cordell. |
| 05:23 PM | Additional redirect examination of Dr. Mark Jones by Mr. Reich. |
| 05:25 PM | Completion of testimony of Dr. Mark Jones. |
| 05:26 PM | Ms. Dellinger introduced the video deposition of Mr. Jonggyu Kim. |
| 05:35 PM | Video deposition of Mr. Jonggyu Kim concluded. |
| 05:37 PM | Ms. Dellinger introduced the video deposition of Mr. Wayne Luplow. |
| 05:51 PM | Video deposition of Mr. Wayne Luplow concluded. |
| 05:51 PM | Bench conference. |
| 05:55 PM | Bench conference concluded. |
| 05:55 PM | Court provided instructions to the Jury.  Court also addressed the receipt of a note from a juror earlier today. |
| 06:01 PM | Jury recessed for the day until 8:30 AM tomorrow morning. |
| 06:03 PM | Court adjourned. |