# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **CONSTELLATION DESIGNS, LLC** § § § | |
| v. § | CIVIL ACTION NO. 2:21-CV-00448-JRG |
| **LG ELECTRONICS INC.,** § **LG ELECTRONICS USA, INC.,** § **LG ELECTRONICS ALABAMA, INC.** § § | |

### MINUTES FOR JURY TRIAL DAY NO. 3
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### July 7, 2023

**OPEN:** 08:30 AM                                                                                **ADJOURN:** 05:28 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Harris Huguenard<br>Ryan Davies<br>Jeffrey Jacobsen |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:30 AM | Court opened. |
| 08:31 AM | Exhibits used prior day read into the record. |
| 08:36 AM | Jury entered the courtroom. |
| 08:36 AM | Continuation of Plaintiff's case-in-chief: |
| 08:36 AM | Witness sworn. |
| 08:37 AM | Direct examination of Dr. Ryan Sullivan by Mr. Curry. |
| 09:33 AM | Bench conference. |
| 09:33 AM | Bench conference concluded. |
| 09:34 AM | Continuation direct examination of Dr. Ryan Sullivan by Mr. Curry. |
| 09:39 AM | Cross examination of Dr. Ryan Sullivan by Mr. McKeon. |
| 10:13 AM | Jury recessed for break. |
| 10:13 AM | Recess. |
| 10:32 AM | Court reconvened. |
| 10:32 AM | Jury returned to courtroom. |
| 10:32 AM | Continuation cross examination of Dr. Ryan Sullivan by Mr. McKeon. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:23 AM | Redirect examination of Dr. Ryan Sullivan by Mr. Curry. |
| 11:48 AM | Recross examination of Dr. Ryan Sullivan by Mr. McKeon. |
| 11:55 AM | Completion of testimony of Dr. Ryan Sullivan. |
| 11:55 AM | Jury recessed for lunch break. |
| 11:56 AM | Court requested update re: meet and confer efforts re: unresolved issue discussed in chambers this morning. Mr. Cassady and Mr. Reger provided update to the Court. |
| 11:59 AM | Mr. Cassady made a proffer on the record on behalf of Plaintiff. Mr. McKeon confirmed on behalf of Defendants. |
| 12:00 PM | Recess. |
| 01:13 PM | Court reconvened. |
| 01:15 PM | Jury returned to courtroom. |
| 01:16 PM | Ms. Dellinger introduced the video deposition of Mr. Tae Hee Ahn. |
| 01:30 PM | Video deposition of Mr. Tae Hee Ahn concluded. |
| 01:31 PM | Ms. Dellinger introduced the video deposition of Dr. Nagaraj Nandhakumar. |
| 01:35 PM | Video deposition of Dr. Nagaraj Nandhakumar concluded. |
| 01:35 PM | Ms. Dellinger introduced the video deposition of Ms. Kim Hyo Yeong. |
| 01:39 PM | Video deposition of Ms. Kim Hyo Yeong concluded. |
| 01:39 PM | Ms. Dellinger introduced the video deposition of Mr. Lee Daenam. |
| 01:41 PM | Video deposition of Mr. Lee Daenam concluded. |
| 01:41 PM | Ms. Dellinger introduced the video deposition of Dr. Ko Woo-Suk. |
| 01:43 PM | Video deposition of Dr. Ko Woo-Suk concluded. |
| 01:43 PM | Ms. Dellinger introduced the video deposition of Mr. Byeongkook Kang. |
| 01:45 PM | Video deposition of Mr. Byeongkook Kang concluded. |
| 01:45 PM | Witness sworn. |
| 01:46 PM | Direct examination of Mr. Richard Lewis (adverse witness) by Mr. Caldwell. |
| 02:48 PM | Cross examination of Mr. Richard Lewis (adverse witness) by Mr. Reger. |
| 03:18 PM | Jury recessed for break. |
| 03:18 PM | Recess. |
| 03:37 PM | Court reconvened. |
| 03:37 PM | Jury returned to courtroom. |
| 03:38 PM | Continuation cross examination of Mr. Richard Lewis (adverse witness) by Mr. Reger. |
| 04:03 PM | Bench conference. |
| 04:13 PM | Bench conference concluded. |
| 04:13 PM | Court to take up a matter outside the presence of the jury. Jury retired to jury room. |
| 04:13 PM | Court made rulings as set forth in the record. Court allowed questioning of Mr. Richard Lewis (adverse witness) by Mr. Caldwell outside presence of the jury. |
| 04:16 PM | Off the record. |
| 04:16 PM | On the record. |
| 04:16 PM | Jury returned to courtroom. |
| 04:17 PM | Redirect examination of Mr. Richard Lewis (adverse witness) by Mr. Caldwell. |
| 04:47 PM | Bench conference. |
| 04:48 PM | Bench conference concluded. |
| 04:48 PM | Recross examination of Mr. Richard Lewis (adverse witness) by Mr. Reger. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:51 PM | Additional redirect examination of Mr. Richard Lewis (adverse witness) by Mr. Caldwell. |
| 04:55 PM | Completion of testimony of Mr. Richard Lewis. |
| 04:55 PM | Plaintiff rested its case-in-chief. |
| 04:55 PM | Bench conference |
| 04:55 PM | Bench conference concluded. |
| 04:55 PM | Defendants' case-in-chief: |
| 04:56 PM | Mr. McKeon introduced the video deposition of Mr. David Bailey. |
| 05:07 PM | Video deposition of Mr. David Bailey concluded. |
| 05:07 PM | Ms. Smith introduced the video deposition of Mr. David Loo. |
| 05:11 PM | Video deposition of Mr. David Loo concluded. |
| 05:11 PM | Ms. Smith introduced the video deposition of Ms. Kirsten Burrell. |
| 05:18 PM | Video deposition of Ms. Kirsten Burrell concluded. |
| 05:19 PM | Ms. Smith introduced the video deposition of Mr. Gordon MacPherson. |
| 05:24 PM | Video deposition of Mr. Gordon MacPherson concluded. |
| 05:24 PM | Court provided instructions and jury recessed until 8:30 AM Monday morning. |
| 05:26 PM | Court reminded the parties of 12:00 noon Sunday deadline to submit joint proposed final jury instructions and verdict form. |
| 05:27 PM | Court reminded the parties to continue with meet and confer efforts. Court will be available at 7:30 AM Monday to take up any unresolved matters. |
| 05:28 PM | Court adjourned. |