IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **CONSTELLATION DESIGNS, LLC** § <br> § <br> v. § <br> §    CIVIL ACTION NO. 2:21-CV-00448-JRG <br> **LG ELECTRONICS INC.,** § <br> **LG ELECTRONICS USA, INC.,** § <br> **LG ELECTRONICS ALABAMA, INC.** § <br> § | |

MINUTES FOR JURY TRIAL DAY NO. 4
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
July 10, 2023

**OPEN:** 08:28 AM            **ADJOURN:** 06:20 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Harris Huguenard <br> Ryan Davies <br> Jeffrey Jacobsen |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:28 AM | Court opened. |
| 08:29 AM | Exhibits used prior day read into the record. |
| 08:32 AM | Jury entered the courtroom. |
| 08:33 AM | Continuation of Defendants' case-in-chief: |
| 08:33 AM | Witness sworn. Interpreter previously sworn. |
| 08:34 AM | Direct examination by Mr. Schwentker of Dr. Byeongkook Jeong (with the aid of interpreter, Mr. James Victory). |
| 09:45 AM | Cross examination of Dr. Byeongkook Jeong by Mr. Caldwell. |
| 10:10 AM | Redirect examination of Dr. Byeongkook Jeong by Mr. Schwentker. |
| 10:14 AM | Completion of testimony of Dr. Byeongkook Jeong. |
| 10:14 AM | Jury recessed for break. |
| 10:15 AM | Recess. |
| 10:28 AM | Court reconvened. |
| 10:29 AM | Jury returned to courtroom. |
| 10:29 AM | Witness sworn. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:30 AM | Direct examination of Dr. Robert Akl by Mr. Chu. |
| 11:38 AM | Bench conference. |
| 11:40 AM | Bench conference concluded. |
| 11:40 AM | Court provided clarification instruction to the jury. |
| 11:40 AM | Continuation direct examination of Dr. Robert Akl by Mr. Chu. |
| 11:55 AM | Jury recessed for lunch break. |
| 11:56 AM | Recess. |
| 01:00 PM | Court reconvened. |
| 01:01 PM | Jury returned to courtroom. |
| 01:02 PM | Continuation direct examination of Dr. Robert Akl by Mr. Chu. |
| 01:50 PM | Cross examination of Dr. Robert Akl by Mr. Caldwell. |
| 03:01 PM | Redirect examination of Dr. Robert Akl by Mr. Chu. |
| 03:09 PM | Recross examination of Dr. Robert Akl by Mr. Caldwell. |
| 03:15 PM | Completion of testimony of Dr. Robert Akl. |
| 03:15 PM | Jury recessed for break. |
| 03:16 PM | Recess. |
| 03:35 PM | Court reconvened. |
| 03:36 PM | Jury returned to courtroom. |
| 03:37 PM | Witness sworn. |
| 03:38 PM | Direct examination of Mr. Brian Napper by Ms. Smith. |
| 04:12 PM | Bench conference. |
| 04:15 PM | Bench conference concluded. |
| 04:15 PM | Continuation direct examination of Mr. Brian Napper by Ms. Smith. |
| 04:45 PM | Cross examination of Mr. Brian Napper by Mr. Cassady. |
| 05:11 PM | Redirect examination of Mr. Brian Napper by Ms. Smith. |
| 05:21 PM | Completion of testimony of Mr. Brian Napper. |
| 05:21 PM | Defendants rested their case-in-chief. |
| 05:21 PM | Plaintiff offered no rebuttal witnesses. |
| 05:22 PM | Both sides rested. |
| 05:22 PM | Court provided instructions to Jury. |
| 05:23 PM | Jury excused for the remainder of the day to return tomorrow at 8:30 AM. |
| 05:24 PM | Court will take up Rule 50(a) motions following recess. |
| 05:24 PM | Recess. |
| 05:35 PM | Court reconvened. |
| 05:35 PM | Court took up Rule 50(a) motions. |
| 05:36 PM | Court provided instruction to the parties re: hearing of Rule 50(a) motions. |
| 05:39 PM | Court began hearing argument on Rule 50(a) motions and made rulings as set forth in the record. |
| 06:18 PM | Argument concluded. |
| 06:18 PM | Completion of Rule 50(a) motions hearing. |
| 06:18 PM | Informal charge conference to be held in chambers (off the record) following recess. |
| 06:19 PM | Formal charge conference will be held tomorrow morning (on the record) at 8:00 AM |
| 06:20 PM | Court adjourned. |