# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **CONSTELLATION DESIGNS, LLC** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO.  2:21-CV-00448-JRG** |
| **LG ELECTRONICS INC.,** | § | |
| **LG ELECTRONICS USA, INC.,** | § | |
| **LG ELECTRONICS ALABAMA, INC.** | § | |
| | § | |

### MINUTES FOR JURY TRIAL DAY NO. 5
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
**July 11, 2023**

**OPEN:  07:59 AM**                                                **ADJOURN:    01:37 PM**

ATTORNEYS FOR PLAINTIFF:              See attached

ATTORNEYS FOR DEFENDANTS:         See attached

LAW CLERKS:                                      Harris Huguenard
                                                         Ryan Davies
                                                         Jeffrey Jacobsen

COURT REPORTER:                            Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                     Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 07:59 AM | Court opened. |
| 07:59 AM | Exhibits used prior day read into the record. |
| 08:01 AM | Yesterday, Court heard Rule 50(a) motions, ruled thereon, and held informal charge conference in chambers (off the record). |
| 08:02 AM | Court provided instructions. |
| 08:03 AM | Formal charge conference started. |
| 08:03 AM | Ms. Haley and Mr. Curry argued for the Plaintiff.  Mr. McKeon argued for the Defendants. |
| 08:13 AM | Formal charge conference completed. |
| 08:13 AM | Recess. |
| 08:30 AM | Court reconvened. |
| 08:33 AM | Jury entered the courtroom. |
| 08:34 AM | Court proceeded to charge the Jury with final instructions. |
| 09:35 AM | Court in receipt of jury note.  Jury retired to jury room. |
| 09:39 AM | Jury returned to courtroom. |

| TIME | MINUTE ENTRY |
|---|---|
| 09:40 AM | Closing argument by Plaintiff's counsel, Mr. Cassady. |
| 10:04 AM | Closing argument by Defendants' counsel, Mr. Cordell. |
| 10:45 AM | Final closing argument by Plaintiff's counsel, Mr. Caldwell. |
| 11:02 AM | Closing arguments concluded. |
| 11:02 AM | Court gave final instructions to the Jury. |
| 11:07 AM | Jury retired to jury room to deliberate. |
| 11:08 AM | Court recessed. |
| 01:27 PM | Court reconvened. |
| 01:27 PM | Court informed counsel of a Jury note received by the Court. |
| 01:28 PM | Jury entered the courtroom. |
| 01:30 PM | Court announced the verdict into the record. |
| 01:34 PM | Jurors polled representing a unanimous verdict. |
| 01:35 PM | Jurors released and excused by the Court. |
| 01:37 PM | Court adjourned. |