# UNITED STATES DISTRICT COURT

EASTERN　　DISTRICT OF　　TEXAS

| CONSTELLATION DESIGNS, LLC, | DEFENDANTS' EXHIBIT LIST |
|---|---|
| V. | |
| LG ELECTRONICS INC, LG ELECTRONICS U.S.A, INC., AND LG ELECTRONICS ALABAMA, INC. | Case Number: 2:21-CV-00448-JRG |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Rodney Gilstrap | Jason D. Cassady | Michael J. McKeon |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| July 5-11, 2023 | Shawn McRoberts | Andrea Brunson |

| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|
| DTX-040 | | | | 16 & 64QAM Constellations (2014.02.14) [LGCD_00152186] |
| DTX-041 | | | | NUC256 & NUQ1024 Constellations (2014.03.03) [LGCD_00152192] |
| DTX-050 | | | | March 2022 CTA Bulletin (M. Jones Depo. Ex. 28) [LGCD_00200487-LGCD_00200540] |
| DTX-086 | 7/10/2023 | | X | U.S. Patent No. 7,173,978 [LGCD_00026921-LGCD_00026945] |
| DTX-089 | | | | U.S. Patent No. 8,503,550 [LGCD_00030397-LGCD_00030458] |
| DTX-091 | | | | U.S. Patent No. 7,123,663 [LGCD_00031315-LGCD_00031352] |
| DTX-096 | 7/6/2023 | | X | U.S. Patent No. 9,276,687 (M. Jones Depo. Ex. 9) [LGCD_00076865-LGCD_00077037] |
| DTX-105 | 7/10/2023 | | X | LGE, Zenith, Harris Broadcast - FUTURECAST Proposal [LGCD_00151122-LGCD_00151373] |
| DTX-106 | 7/6/2023 | | X | U.S. Patent No. 9,693,203 (M. Jones Depo. Ex. 7) [LGCD_00166893-LGCD_00166988] |
| DTX-125 | | | | 2021.12.01 & 2018.09.10 LG3307C1 (B17P) Quotations [LGCD_00073754-LGCD_00073755]. 803(6) foundation must be laid by Richard Lewis before being referred to in front of the jury. PTC 6/22/23 Tr. at 151:1-4. |
| DTX-127 | 7/7/2023 | | X | MPEG LA 1.0 license patent lists from Oct 2008 (Attach 1 list, Attach 4 Lists 1 and 2) [LGCD_00188443, LGCD_00188447, LGCD_00188449] |
| DTX-135 | | | | 2020.09.24 Email with Marconi and Ahn [LGCD_ESI00102650-LGCD_ESI00102654]. 803(6) foundation must be laid by Richard Lewis before being referred to in front of the jury. PTC 6/22/23 Tr. at 151:1-4. |
| DTX-136 | | | | Block Diagrams [LGCD_ESI00163084-LGCD_ESI00163132] |
| DTX-137 | 7/10/2023 | | X | Meeting Presentation with translation [LGCD_ESI00197167-LGCD_ESI00197169] |
| DTX-140 | 7/6/2023 | | X | 2023.03.20 Constellation Designs' Fifth Supplemental Response to LG First Set of Interrogatories (Nos. 1-15). Redacted pursuant to the Court's Order and the parties' agreement. PTC 6/22/23 Tr. at 158:22-159:2. |
| DTX-202 | 7/10/2023 | | X | www.mpegla.com_wp-content_uploads_ATSC3.0-web |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages