# UNITED STATES DISTRICT COURT
# DISTRICT OF TEXAS

| CONSTELLATION DESIGNS, LLC, | |
|---|---|
| Plaintiff, | **PLAINTIFF'S EXHIBIT LIST** |
| v. | |
| LG ELECTRONICS INC, LG ELECTRONICS U.S.A., INC., AND LG ELECTRONICS ALABAMA, INC. | CASE NO. 2:21-cv-00448-JRG |
| Defendants. | |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|
| Hon. Rodney Gilstrap | Jason D. Cassady | Michael McKeon |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| July 5 – July 11, 2023 | Shawn McRoberts | Andrea Brunson |

| Plf. No. | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses |
|---|---|---|---|---|
| PTX-013 | 7/5/2023 | | X | December 13, 2017 Email David Bailey to Wayne Luplow re: ATSC 3.0/Constellation Designs CD-0029824–CD-0029825 |
| PTX-014 | 7/5/2023 | | X | LinkedIn messages between N. Nandhakumar and D. Bailey CD-0026497 |
| PTX-015 | 7/7/2023 | | X | Emails from B. Marino to Y. Jung re New Opportunity (Jan 31, 2020 and Mar. 3, 2020) CD-0029539 |
| PTX-016 | 7/7/2023 | | X | September 9, 2021 - October 14, 2021 Emails exchanged between B. Marino and Y. Jung re Thanks and follow up CD-0038103-CD-0038106 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# PLAINTIFF'S EXHIBIT LIST – CONTINUTION

| Plf. No. | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses |
|---|---|---|---|---|
| CONSTELLATION DESIGNS, LLC V. LG ELECTRONICS, INC., ET AL. | | | | CASE NO. 2:21-cv-00448-JRG |
| PTX-029 | 7/7/2023 | | X | In the Matter of Authorizing Permissive Use of the "Next Generation" Broadcast Television Standard, GN Docket No. 16-142, Comments of LG Electronics, Inc (May 9, 2017) CD-0030262-71<br><br>**Redacted pursuant to the Court's Order and the parties' agreement.** PTC 6/22/23 Tr. at 51:14-16; 52:1-2; Dkt. No. 259. |
| PTX-030 | 7/7/2023 | | X | In the Matter of Authorizing Permissive Use of the "Next Generation" Broadcast Television Standard, GN Docket No. 16-142, Reply Comments of LG Electronics, Inc (June 8, 2017) CD-0037578–84<br><br>**Redacted pursuant to the Court's Order and the parties' agreement.** PTC 6/22/23 Tr. at 51:14-16; 52:1-2; Dkt. No. 259. |
| PTX-031 | 7/7/2023 | | X | LG's Notice of Ex Parte Communication in GN Docket No. 16-142 (June 30, 2017) CD-0030282–83<br><br>**Redacted pursuant to the Court's Order and the parties' agreement.** PTC 6/22/23 Tr. at 51:14-16; 52:1-2; Dkt. No. 259. |
| PTX-032 | 7/7/2023 | | X | LG's Notice of Ex Parte Communication in GN Docket No. 16-142 (Nov. 6, 2017) CD-0030284–85<br><br>**Redacted pursuant to the Court's Order and the parties' agreement.** PTC 6/22/23 Tr. at 51:14-16; 52:1-2; Dkt. No. 259. |

# PLAINTIFF'S EXHIBIT LIST – CONTINUTION

| Plf. No. | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses |
|---|---|---|---|---|
| PTX-033 | 7/7/2023 | | X | In the Matter of Authorizing Permissive Use of the "Next Generation" Broadcast Television Standard, GN Docket No. 16-142, Comments of LG Electronics, Inc (August 8, 2022) CD-0037585–93<br><br>**Redacted pursuant to the Court's Order and the parties' agreement.** PTC 6/22/23 Tr. at 51:14-16; 52:1-2; Dkt. No. 259. |
| PTX-051 | 7/10/2023 | | X | Eroz, "New DVB-S2X constellations for improved performance on the satellite channel", Int. J. Satell. Commun. Network. 2016; 34:351–360 CD-0029438–47 |
| PTX-064 | | | | Software, Firmware & Driver Downloads _ LG USA Support re: OLED65GXPUA.AUS CD-0038042-CD-0038048 |
| PTX-082 | | | | NEXTGEN TV Certification LGCD_00181649 |
| PTX-083 | 7/10/2023 | | X | Excel spreadsheet - NextGen TV Test List CTA Certification Statement LGCD_00181650 |
| PTX-086 | 7/6/2023 | | X | Samsung-Sony ATSC 3.0 PHY Proposal, dated October 16, 2013 ATSC-00004429–ATSC-00004500 |
| PTX-106 | 7/6/2023 | | X | FEC Block Diagram (BICM share 이전) LGCD_00036979-LGCD_00036980 |
| PTX-107 | 7/6/2023 | | X | ATSC 3.0 Block Diagram LGCD_00071142 |
| PTX-152 | 7/7/2023 | | X | CTA, TV Market Presentation, c. 2021 LGCD_ESI00032297–2306 |

## PLAINTIFF'S EXHIBIT LIST – CONTINUTION

| Plf. No. | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses |
|---|---|---|---|---|
| | CONSTELLATION DESIGNS, LLC V. LG ELECTRONICS, INC., ET AL. | | | CASE NO. 2:21-cv-00448-JRG |
| PTX-159 | 7/5/23 | | X | NASA, "Grant of Request for Retention of Rights by Contractor Employee and License to the Government," 2008 CD-0000102 |
| PTX-208 | | | | Sullivan Attachment C-4 |
| PTX-210 | 7/7/2023 | | X | Sullivan Attachment D-2<br><br>**Redacted pursuant to the Court's Order and the parties' agreement.** PTC 6/22/23 Tr. at 96:1-6. |
| PTX-211 | 7/6/2023 | | X | Sullivan Attachment E-2<br><br>**Redacted pursuant to the Court's Order and the parties' agreement.** PTC 6/22/23 Tr. at 102:18-24; Dkt. No. 259. |
| PTX-255 | 7/6/2023 | | X | April 27, 2016 Email wayne.luplow@lge.com to jongg.kim@lge.com re: FCC gets ball rolling on Next-Gen ATSC 3.0 LGCD_ESI00045996 - LGCD_ESI00046001 |
| PTX-265 | | | | Master Purchase Agreement between LG Electronics Inc. and Realtek Semiconductor Corp. - Effective November 1, 2014 LGCD_00074133-LGCD_00074153 |
| PTX-270 | | | | Jira LGCD_00200868 |