# UNITED STATES DISTRICT COURT
# DISTRICT OF TEXAS

| | |
|---|---|
| CONSTELLATION DESIGNS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS INC, LG ELECTRONICS U.S.A., INC., AND LG ELECTRONICS ALABAMA, INC.<br><br>Defendants. | **JOINT EXHIBIT LIST**<br><br>CASE NO. 2:21-cv-00448-JRG |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|
| Hon. Rodney Gilstrap | Jason D. Cassady | Michael McKeon |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| July 5 – July 11, 2023 | Shawn McRoberts | Andrea Brunson |

| Joint No. | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses |
|---|---|---|---|---|
| JTX-001 | 7/5/2023 | | X | U.S. Patent No. 8,842,761 September 23, 2014<br>CD-0001032-CD-0001086 |
| JTX-002 | 7/5/2023 | | X | U.S. Patent No. 10,693,700 June 23, 2020<br>CD-0001290-CD-0001348 |
| JTX-003 | 7/5/2023 | | X | U.S. Patent No. 11,019,509 May 25, 2021<br>CD-0001537-CD-0001597 |
| JTX-004 | 7/5/2023 | | X | U.S. Patent No. 11,018,922 May 25, 2021<br>CD-0001349-CD-0001536 |
| JTX-005 | | | | Provisional Patent Application No. 60/933,319 June 5, 2007<br>CD-0026624-CD-0026634 |
| JTX-006 | 7/5/2023 | | X | M. F. Barsoum, C. Jones and M. Fitz, "Constellation Design via Capacity Maximization," 2007 IEEE International Symposium on Information Theory, Nice, France, 2007, pp. 1821-1825, doi: 10.1109/ISIT.2007.4557486<br>CD-0026485-CD-0026489 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# JOINT EXHIBIT LIST – CONTINUTION

| CONSTELLATION DESIGNS, LLC V. LG ELECTRONICS, INC., ET AL. | | | | CASE NO. 2:21-cv-00448-JRG |
|---|---|---|---|---|
| Joint No. | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses |
| JTX-007 | 7/6/2023 | | X | ATSC 3.0 A/322 Physical Layer Protocol (2017) CD-0031090-CD-0031351 |
| JTX-008 | | | | J. S. Kwak, J. G. Andrews and A. Lozano, MIMO Capacity in Correlated Interference-Limited Channels, 2007 CD-0038238-CD-0038242 |
| JTX-009 | | | | '662 Provisional Application CD-0026635-CD-0026746 |
| JTX-010 | 7/6/2023 | | X | FUTURECAST Constellation/BIL dated February 5, 2014 LGCD_00072229-LGCD_00072237; ATSC-00007455-ATSC-00007463 |
| JTX-011 | | | | A Non-uniform Constellation Mapping Method for 13/15 code rate (Jeong Ex. 17) LGCD_00199545–LGCD_00199552 |
| JTX-012 | 7/10/2023 | | X | A New Constellation Mapping Method for 5/15 code rate (Jeong Ex. 16) LGCD_00195236-LGCD_00195245 |
| JTX-013 | 7/6/2023 | | X | Source Code Excerpts To be determined by the parties |
| JTX-014 | 7/6/2023 | | X | Recommended Practice: Guidelines for the Physical Layer Protocol (A/327), Doc. A/327:2021, 25 January 2021 CD-0000482-CD-0000618 |
| JTX-015 | 7/6/2023 | | X | LG, Sales Data, c. 2023 (or any updated version produced closer to trial) LGCD_00200963 |
| JTX-016 | 7/6/2023 | | X | Canadian Sales Data LGCD_00200930 & LGCD_00200964 |
| JTX-017 | | | | FUTURECAST Universal Terrestrial Broadcasting System, Oct. 15, 2013 ATSC-00004386-ATSC-00004428 |
| JTX-018 | | | | LG, Comparison between FutureCast and DVB-T2 (Sept. 2014) LGCD_ESI00085629-LGCD_ESI00085632 |

# JOINT EXHIBIT LIST – CONTINUTION

| Joint No. | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses |
|---|---|---|---|---|
| CONSTELLATION DESIGNS, LLC V. LG ELECTRONICS, INC., ET AL. | | | | CASE NO. 2:21-cv-00448-JRG |
| JTX-019 | | | | Email from W. Luplow forwarding information sent to the Pearl broadcasting "leadership" "on behalf of the [LG, Zenith, GatesAir] team" 1/5/2015 LGCD_ESI00084016-4020 |
| JTX-020 | | | | Spreadsheet showing LG ATSC 3.0 field testing in the United States LGCD_ESI00125318 |
| JTX-021 | | | | U.S. Patent No. 8,842,761 Assignment CD-0000931-CD-0000936 |
| JTX-022 | 7/6/2023 | | X | Excel spreadsheet - Tabs "AWGN" and "RAYLEIGH" LGCD_ESI00121309 |
| JTX-023 | 7/6/2023 | | X | O22/K8x ATSC3.0 Built-in Demod. Verification result (follow-up report) LGCD_ESI00266262- LGCD_ESI00266265 |
| JTX-024 | 7/10/2023 | | X | Jeong Ex. 8, 8-B, and 8-C - annotations implemented by Mr. Jeong (Excerpt ATSC A/322:2021 Physical Layer Protocol 20 January 2021) Jeong Ex. 8, 8-B, and 8-C CD-0000663 |
| JTX-025 | 7/6/2023 | | X | Excel spreadsheet - Tabs "V&V" and "북 북 북 북 북 북 북 북" (translated a North America Fieldstream) Byeong Kook Jeong Depo. Ex. 14 LGCD_ESI00240016 |
| JTX-026 | 7/6/2023 | | X | VSB Receiver License Agreement between Zenith and Toshiba, 8/25/2004 LGCD_00176669-6702 |
| JTX-027 | | | | Zenith, VSB Licensing Program (February, 2007) LGCD_00188545– 682 |

## JOINT EXHIBIT LIST – CONTINUTION

| CONSTELLATION DESIGNS, LLC V. LG ELECTRONICS, INC., ET AL. | | | | CASE NO. 2:21-cv-00448-JRG |
|---|---|---|---|---|
| Joint No. | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses |
| JTX-028 | 7/6/2023 | | X | LG3307 Datasheet<br>LGCD_00021060-LGCD_00021100 |
| JTX-029 | 7/6/2023 | | X | LG1213 Datasheet, Version 1.0 – December 9, 2021<br>LGCD_00020822-LGCD_00021059 |
| JTX-030 | 7/10/2023 | | X | LG Electronics Approval Sheet<br>LGCD_00021277-LGCD_00021422 |
| JTX-031 | | | | Byeongkook Kang Email Subject : [WebEX 북북북 북 ] 북북 ATSC30 북북북북 북 북북북 북 (북북 8/26 08북 북북북북 8/25 16북 )<br><br>LGCD_ESI00099994-LGCD_ESI00099998 |
| JTX-032 | 7/7/2023 | | X | Price Waterhouse, "Zenith Electronics Corporation Vestigial Side Band Technology Licensing Study," 12/31/1997<br>LGCD_00188470–8544 |
| JTX-033 | | | | International Directory of Company Histories, "Zenith Electronics Corporation," 2000 LUPLOW000408–416 |
| JTX-034 | 7/6/2023 | | X | Zenith-LG VSB Receiver License Agreement, 10/25/2004<br>LGCD_00175504–519;<br>LGCD_00175722–737 |
| JTX-035 | 7/6/2023 | | X | Zenith-Sharp VSB Receiver License Agreement, 3/21/2005<br>LGCD_00175568–582;<br>LGCD_00176639–653 |
| JTX-036 | 7/7/2023 | | X | Agreement Among Licensors Regarding the ATSC Standard between Koninklijke Philips Electronics N.V., LG Electronics, Inc., Matsushita Electric Industiral Co., Ltd. et al. July 18, 2007<br>LGCD_00188379-00188406 |
| JTX-037 | 7/6/2023 | | X | Excerpt of LG's Response to Interrogatory No. 2 from LG's Tenth Supplemental Response to First Set of Interrogatories (Nos. 1-15), dated March 21, 2023<br>No Bates (1 page) |

## JOINT EXHIBIT LIST – CONTINUTION

| Joint No. | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses |
|---|---|---|---|---|
| CONSTELLATION DESIGNS, LLC V. LG ELECTRONICS, INC., ET AL. | | | | CASE NO. 2:21-cv-00448-JRG |
| JTX-038 | | | | U.S. Patent Assignments CD-0001013-CD-0001024 |
| JTX-039 | | | | GX Series TV Owner's Manual LGCD_00000007- LGCD_00000043 |
| JTX-040 | 7/6/2023 | | X | G2 and Z2 Series TV Owner's Manual LGCD_00021248- LGCD_00021276 |
| JTX-041 | 7/7/2023 | | X | LG 50 Inch Class QNED80 AQA series LED 4K UHD Smart webOS 22 with ThinQ AI TV (50QNED80AQA Features LGCD_00150581- LGCD_00150593 |
| JTX-042 | | | | LG G2 65-inch OLED evo Gallery Edition TV (OLED65G2PUA) Features LGCD_00150777- LGCD_00150791 |
| JTX-043 | | | | Zenith Emmy Photograph LGCD_00200347 |
| JTX-044 | | | | The Transition to Digital Television in the United States |
| JTX-045 | | | | www.bls.gov_opub_ted_2015_long-term-price-trends-for-computers-tvs-and-related-items |
| JTX-046 | | | | www.statista.com_outlook_cmo_consumer-electronics_tv-radio-multimedia_televisions_united-states |
| JTX-047 | | | | www.statista.com_statistics_782217_smart-tv-share-by-oem-in-the-us |
| JTX-048 | | | | G1 Series TV Owner's Manual LGCD_00000133- LGCD_00000164 |
| JTX-049 | 7/10/2023 | | X | WO 2009/150500 A1 LGCD_00025130- LGCD_00025155 |
| JTX-050 | | | | June 2006, ETSI EN 302 307 V1.1.2 LGCD_00025674- LGCD_00025747 |
| JTX-051 | 7/10/2023 | | X | U.S. Patent App. Pub. No. 2004/0252791 A1 LGCD_00026589- LGCD_00026673 |
| JTX-052 | | | | 2016.09.07 ATSC Standard: Physical Layer Protocol (A/322) LGCD_00028866- LGCD_00029123 |
| JTX-053 | | | | WO 2014/195303 A1 LGCD_00030528- LGCD_00030638 |
| JTX-054 | | | | Sommer, Signal Shaping by Non-Uniform QAM for AWGN Channels and Applications Using Turbo Coding (C. Jones Depo. Ex. 5) LGCD_00032145- LGCD_00032150 |

# JOINT EXHIBIT LIST – CONTINUTION

| Joint No. | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses |
|---|---|---|---|---|
|  | CONSTELLATION DESIGNS, LLC V. LG ELECTRONICS, INC., ET AL.  CASE NO. 2:21-cv-00448-JRG |
| JTX-055 | | | | HLD/LLD ATSC3.0 Presentation (LGCD_00036851- LGCD_00036869 |
| JTX-056 | 7/6/2023 | | X | [B17+] BICM Review (2018.11.22) LGCD_00073963- LGCD_00074003 |
| JTX-057 | 7/10/2023 | | X | LG G2 55-inch OLED evo Gallery Edition TV (OLED55G2PUA) Features LGCD_00150762- LGCD_00150776 |
| JTX-058 | | | | B17+ Framing Review LGCD_00176916- LGCD_00176951 |
| JTX-059 | | | | QNED, NANO, and UQ Series TV Owner's Manual LGCD_00180218- LGCD_00180242 |
| JTX-060 | 7/10/2023 | | X | OLED55G3PUA TV Service Manual LGCD_00200021-LGCD_00200104 |
| JTX-061 | | | | OLEDXXG3PUA Owner's Manual LGCD_00200105- LGCD_00200133 |
| JTX-062 | 7/7/2023 | | X | Bauch, Turbo Modulation and Coding (Burrell Depo. Exs. 2-4) WILEY0000001- WILEY0000001 |
| JTX-063 | 7/7/2023 | | X | DeGaudenzi, Turbo-coded (Burrell Dep. Ex 6) WILEY0000009- WILEY0000030 |
| JTX-064 | | | | Chindapol, Ritcey - Design, Analysis, and Performance Evaluation… May 2001 (Ex. D to MacPherson Decl) IEEE_00074- IEEE_00087 |
| JTX-065 | 7/7/2023 | | X | Cronie - Superposition Coding for Power… June 29, 2007 (Ex. E to MacPherson Decl) IEEE_00100- IEEE_00104 |
| JTX-066 | | | | Ngo, Pietrobon, Barbulescu - A New Iterative Decoder for Turbo Codes… April 2006 (Ex. J to MacPherson Decl) IEEE_00199- IEEE_00204 |
| JTX-067 | 7/10/2023 | | X | comarktv.com_wp-content_uploads_2019_10_ATSC-3.0-Overview-3-2017-1 |
| JTX-068 | 7/10/2023 | | X | 2007.01.03 ATSC Digital Television Standard, Parts 1-6 (A/53) LGCD_00188243- LGCD_00188378 |
| JTX-069 | 7/6/2023 | | X | Zenith Patent Licensing Program LGCD_00188545- LGCD_00188682 |
| JTX-070 | 7/7/2023 | | X | Avanci Platform Agreement (finalized 2023-03-04) (Ahn Ex. 5) LGCD-00200421- LGCD-00200486 |

## JOINT EXHIBIT LIST – CONTINUTION

| Joint No. | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses |
|---|---|---|---|---|
|  | | | | CONSTELLATION DESIGNS, LLC V. LG ELECTRONICS, INC., ET AL.   CASE NO. 2:21-cv-00448-JRG |
| JTX-071 | 7/7/2023 | | X | Avanci Sublicense Agreement LGCD-00200326- LGCD_00200346 |
| JTX-072 | | | | 2014.09.05 Luplow, The Legend of Television LUPLOW000249- LUPLOW000335 |
| JTX-073 | 7/10/2023 | | X | A/300:2023-03 |
| JTX-074 | 7/10/2023 | | X | There's a simple reason your new smart TV was so affordable (Sullivan Dep. Ex. 4) |
| JTX-075 | | | | Klenner, Physical Layer Time Interleaving for the ATSC 3.0 System (Ko Depo. Ex. 4) |