# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **CONSTELLATION DESIGNS, LLC,**<br><br>   **Plaintiff,**<br><br>  **v.**<br><br>**LG ELECTRONICS INC., LG ELECTRONICS U.S.A., INC., AND LG ELECTRONICS ALABAMA, INC.,**<br><br>   **Defendants.** | Civil Action No. 2:21-cv-448-JRG<br><br><br>*Electronically Filed* |

**DEFENDANTS LG ELECTRONICS INC., LG ELECTRONICS U.S.A., INC., AND LG ELECTRONICS ALABAMA, INC.'S**
<u>**NOTICE OF APPEAL**</u>

Notice is hereby given that Defendants LG Electronics Inc., LG Electronics U.S.A. Inc., and LG Electronics Alabama, Inc. (collectively "LG") hereby appeal to the United States Court of Appeals for the Federal Circuit from the above-captioned matter.

Following a jury trial held on July 5-7, 10-11, 2023, the jury returned a verdict in favor of Plaintiff Constellation Designs, LLC, including on issues relating to infringement, invalidity, willfulness, and damages, on July 11, 2023. [Dkt. Nos. 273-280.] On August 23, 2023, the Court entered a Final Judgment. [Dkt. No. 303.] On September 19, 2023, the parties filed various post-trial motions. [Dkt. Nos. 310-316.] LG's post-trial motions included (i) a motion for judgment as a matter of law of no damages, [Dkt. No. 310]; (ii) a motion for a new trial under Rule 59 [Dkt. No. 312]; (iii) a motion for judgment as a matter of law of no willfulness [Dkt. No. 313]; and (iv) a motion for judgment as a matter of law of no liability [Dkt. No. 314].

On April 23 and April 24, 2024, the Court issued various orders resolving the pending post-trial motions. [Dkt. Nos. 364-367, 369-370.] On April 26, 2024, the Court entered an Amended Final Judgment. [Dkt. No. 371.]

In view of the foregoing, LG appeals from any and all decisions, orders, rulings, findings, and/or conclusions adverse to LG, including all such decisions, orders, rulings, findings, and/or conclusions that are intertwined with, related to, or resulted in this appeal. These decisions, orders, rulings, findings, and/or conclusions

1

include but are not limited to:

- June 8, 2022 Order [Dkt. No. 48] denying LG's Motion to Strike Constellation Designs' Infringement Contentions [Dkt. No. 42];

- January 18, 2023 Order [Dkt. No. 80] granting Constellation Designs' Motion to Compel LG's Response to Interrogatory No. 23 [Dkt. No. 69];

- February 28, 2023 Claim Construction Order [Dkt. No. 99];

- June 8, 2023 Joint Final Pretrial Order [Dkt. No. 242] and any supplements thereto;

- June 15, 2023 rulings and orders made on the record during the first day of the final pre-trial conference and motion hearing [Dkt. Nos. 257, 258];

- June 22, 2023 rulings and orders made on the record during the second day of the final pre-trial conference and motion hearing [Dkt. Nos. 262, 263];

- June 22, 2023 Order Regarding Exhibits [Dkt. No. 259];

- June 27, 2023 Memorandum Opinion & Order [Dkt. No. 267] regarding the parties' pre-trial motions and motions *in limine* [Dkt. Nos. 127-137, 200-201, and 241];

- The Court's other pre-trial evidentiary rulings;

- The Court's evidentiary rulings during trial [*see, e.g.*, Dkt. Nos. 273-276, 280, 289-294];

- The Court's other rulings during trial [*see, e.g.*, Dkt. Nos. 273-276, 280, 289-294];

- Final Jury Instructions, as read on the record during trial;

- July 11, 2023 Jury Verdict [Dkt. Nos. 277-278];

- July 14, 2023 and July 31, 2023 Exhibit Lists [Dkt. Nos. 287-288, 295];

- August 23, 2023 Final Judgment [Dkt. No. 303];

- April 23, 2024 Memorandum Opinion and Order [Dkt. No. 364] denying LG's motion for judgment as a matter of law of no damages [Dkt. No. 310];

- April 23, 2024 Memorandum Opinion and Order [Dkt. No. 365] denying LG's motion for judgment as a matter of law of no willfulness [Dkt. No. 313];

- April 23, 2024 Memorandum Opinion and Order [Dkt. No. 366] denying LG's motion for judgment as a matter of law of no liability [Dkt. No. 314];

- April 24, 2024 Order [Dkt. No. 367] on the Bill of Costs [Dkt. No. 311];

- The Clerk's Bill of Costs [Dkt. No. 368];

- April 24, 2024 Memorandum Opinion and Order [Dkt. No. 369] denying LG's motion for a new trial under Rule 59 [Dkt. No. 312]; and

- April 26, 2024 Amended Final Judgment [Dkt. No. 371], including all included rulings (such as the award of an ongoing royalty).


Date: May 15, 2024

Respectfully submitted,


Leeron G. Kalay
  CA Bar No 233579; kalay@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA  94063
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Elizabeth G.H. Ranks
  MA Bar No. 693679; ranks@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210-1878
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906

Ashley Bolt
  GA Bar No. 231197; bolt@fr.com

By:  /s/ Michael J. McKeon
    Michael J. McKeon
        D.C. Bar No. 459780;
    mckeon@fr.com
    Ruffin B. Cordell
        TX Bar No. 04820550;
    cordell@fr.com
    Christian A. Chu
        D.C. Bar. No. 483948; chu@fr.com
    R. Andrew Schwentker
        D.C. Bar No. 991792;
    schwentker@fr.com
    Benjamin Christoff
        D.C. Bar No. 1025635;
        christoff@fr.com
    FISH & RICHARDSON P.C.
    1000 Maine Ave., S.W., Suite 1000
    Washington, D.C.  20024
    Telephone: (202) 783-5070

FISH & RICHARDSON P.C.
1180 Peachtree Street, NE; 21st Floor
Atlanta, GA  30309
Telephone: (404) 892-5005
Facsimile: 404-892-5002

Bailey K. Benedict
  TX Bar No. 24083139;
benedict@fr.com
FISH & RICHARDSON P.C.
909 Fannin Street
Suite 2100
Houston, TX  77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

Meghana Thadani
  NY Bar No. 5851902;
thadani@fr.com
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY  10036
Telephone:  (202) 765-5070
Facsimile:  (202) 258-2291

Facsimile: (202) 783-2331

Thomas H. Reger II
   TX Bar No. 24032992; reger@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070

Melissa Richards Smith
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

*Attorneys for Defendants*
*LG Electronics Inc., LG Electronics*
*U.S.A., Inc., and LG Electronics*
*Alabama, Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 15, 2024 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Michael J. McKeon*
Michael J. McKeon